IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN WASHINGTON,** *et al.* : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-3745** |
| : | |
| **PHILADELPHIA GAS WORKS,** *et al.* : | |
| **Defendants.** : | |

## ORDER

**AND NOW,** this 6th day of July 2016, upon consideration of Defendants' Motion to Dismiss [Doc. No. 26], and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**